UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-1287-KK-SHKx** | Date: | May 29, 2025 |
| Title: | *Kevin Realworldfare et al. v. Tamara Lucile Wagner et al.* | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order DISMISSING the Action

On May 27, 2024, non-attorneys Kevin Realworldfare ("Realworldfare") and Corey Walker ("Walker") filed a Complaint on behalf of New Beginnings Trust ("Plaintiff") against defendants Tamara Lucile Wagner, Kai Fan, and Doe defendants (collectively, "Defendants") asserting various federal and state claims arising from Defendants' performance of their official duties as judicial officers. ECF Docket No. ("Dkt.") 1.

As held by the Ninth Circuit, a trust must be represented by an attorney at law. C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697-698 (9th Cir. 1987); see also Hale Joy Tr. v. C.I.R., 57 Fed. Appx. 323 (9th Cir. 2003) (unpublished). Accordingly, "[a] non-attorney may not represent a trust pro se in an Article III court." Hale Joy Tr., 57 Fed. Appx. at 324. Moreover, Local Rule 83-2.2.2 provides, "[o]nly individuals may represent themselves pro se. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."

Here, Realworldfare and Walker, who signed the Complaint on behalf of Plaintiff, a trust, are not attorneys at law. Realworldfare and Walker only purport to be authorized representatives and/or fiduciaries of Plaintiff. See dkt. 1 at 1-2. Hence, Realworldfare and Walker may not bring and maintain this action on behalf of Plaintiff.

Therefore, this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. (JS-6)